IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
UNIRAM TECHNOLOGY,                    No   C-04-1268 VRW

         Plaintiff,                        ORDER

     v

MONOLITHIC SYSTEM TECHNOLOGY, INC
et al,

         Defendant.
                                    /
```

     A claim construction hearing in this case is presently set for August 17, 2005.  Pursuant to the parties' briefing schedule, plaintiff UniRAM's opening claim construction brief was due on or before July 1, 2005.  On June 30, 2005, -- one day before its opening brief was due -- UniRAM filed an "unopposed motion for administrative relief," seeking the court's permission to reset the page limits for all parties' briefs.  Doc #88.

     Civil Local Rule 7-4(b) and this court's standing order 3.1 provide that opening and opposition briefs shall not exceed 25 pages, and a reply brief shall not exceed 15 pages.  See Civ L R 7-4(b); Standing Order 3.1.  UniRAM requested that (1) it be allowed

a 50-page opening brief; (2) each defendant be allowed a 50-page response brief; and (3) UniRAM have 25 pages for its reply brief. Id. On July 1, 2005, the court informed UniRAM that the undersigned was unavailable to entertain UniRAM's motion for administrative relief prior to the opening brief's due date. Moreover, the court informed UniRAM that if it proceeded to file an over-sized opening brief, it did so at its own risk. Subsequently, UniRAM filed a 50-page opening brief and both defendants filed 50-page response briefs. Doc ##91, 99, 103.

By waiting until the day before its opening brief was due to seek to reset the briefing page limits, UniRAM has placed the court and its opponents in an awkward position. Due to the sheer volume of disputed claim terms in this case, the court GRANTS UniRAM's motion for administrative relief but cautions counsel that, in the future, they should not wait until the last minute to seek relief from page limitations of the local rules.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge