SUSMAN GODFREY L.L.P.
MAX L. TRIBBLE, JR. (mtribble@susmangodfrey.com)
JOSEPH S. GRINSTEIN (jgrinstein@susmangodfrey.com)
IAN CROSBY (icrosby@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

CONLEY ROSE, P.C.
MICHAEL F. HEIM (mheim@townsend.com)
RUSSELL A. CHORUSH (rchorush@townsend.com)
600 Travis, Suite 7100
Houston, TX 77002-2910
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

TOWNSEND AND TOWNSEND AND CREW LLP
GEORGE M. SCHWAB (State Bar No. 58250)
gms@townsend.com
GREGORY S. BISHOP (State Bar No. 184680)
gsbishop@townsend.com
APRIL ABELE (State Bar No. 180638)
aeabele@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Attorneys for Plaintiff/Counterdefendant
UniRAM TECHNOLOGY, INC.

**E-Filing**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br> MONOLITHIC SYSTEM TECHNOLOGY, INC., a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., a Taiwan corporation; and TSMC NORTH AMERICA, a California corporation, <br> Defendants. <br> AND RELATED COUNTERCLAIMS. | Case No. CV 04-1268 VRW <br><br> [PROPOSED] ORDER GRANTING THE SEALING OF CERTAIN PORTIONS OF MOSYS' RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE BEHUN DECLARATION <br><br> Hon. Vaughn R. Walker <br> Courtroom: 6, 17th Floor |

Having considered defendant Monolithic System Technology, Inc.'s ("MoSys") Administrative Motion to File Portions of Mosys' Responsive Claim Construction Brief and the Behun Declaration Under Seal, and the Declaration of UniRAM Technology, Inc.'s Counsel in Support of Administrative Motion to File Portions of Mosys' Responsive Claim Construction Brief and the Behun Declaration Under Seal, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Administrative Motion to File Portions of Mosys' Responsive Claim Construction Brief and the Behun Declaration Under Seal is GRANTED.

2. The unredacted version of Mosys' Responsive Claim Construction Brief shall be filed under seal;

3. Exhibit I to the Declaration of Lori L. Behun in Support of Mosys' Responsive Brief on Claim Construction ("Behun Declaration"), shall be filed under seal.

DATED: _____, 2005

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING THE SEALING OF PORTIONS OF MOSYS'
RESPONSIVE CLAIM CONSTRUCTION BRIEF AND THE BEHUN DECLARATION     Case No. CV 04-1268 VRW