SUSMAN GODFREY L.L.P.
MAX L. TRIBBLE, JR. (mtribble@susmangodfrey.com)
JOSEPH S. GRINSTEIN (jgrinstein@susmangodfrey.com)
IAN CROSBY (icrosby@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

CONLEY ROSE, P.C.
MICHAEL F. HEIM (mheim@townsend.com)
RUSSELL A. CHORUSH (rchorush@townsend.com)
600 Travis, Suite 7100
Houston, TX 77002-2910
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

TOWNSEND AND TOWNSEND AND CREW LLP
GEORGE M. SCHWAB (State Bar No. 58250)
gms@townsend.com
GREGORY S. BISHOP (State Bar No. 184680)
gsbishop@townsend.com
APRIL ABELE (State Bar No. 180638)
aeabele@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Attorneys for Plaintiff/Counterdefendant
UniRAM TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br> MONOLITHIC SYSTEM TECHNOLOGY, INC., a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., a Taiwan corporation; and TSMC NORTH AMERICA, a California corporation, <br> Defendants. <br> AND RELATED COUNTERCLAIMS. | Case No. CV 04-1268 VRW <br><br> [PROPOSED] ORDER GRANTING THE SEALING OF CERTAIN DOCUMENTS RELATED TO THE CLAIM CONSTRUCTION BRIEF OF TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD. AND TSMC NORTH AMERICA <br><br> Hon. Vaughn R. Walker <br> Courtroom 6, 17th Floor |

Having considered defendants Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents Relating to Their Claim Construction Brief, and the Declaration of UniRAM Technology, Inc.'s Counsel in Support of Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents Relating to Their Claim Construction Brief, IT IS HEREBY ORDERED AS FOLLOWS:

1. Taiwan Semiconductor Manufacturing Company Ltd. and TSMC North America's Miscellaneous Administrative Request to Seal Documents Relating to Their Claim Construction Brief is GRANTED.

2. The unredacted version of Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America's Claim Construction Brief shall be filed under seal;

3. Exhibit A to the Confidential Declaration of Brandon Conrad in Support of Taiwan Semiconductor Manufacturing Company Ltd. And TSMC North America's Claim Construction Brief ("Confidential Conrad Decl."), shall be filed under seal;

4. Exhibit B to the Confidential Conrad Decl. shall be filed under seal;

5. Exhibit C to the Confidential Conrad Decl. shall be filed under seal.

DATED: _____, 2005

_/s/ signature_
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE