1  [Counsel Listed Below]

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>                    Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: UNIRAM'S RESPONSES TO INTERROGATORY NOS. 1, 2, 10, 11, AND 12** |

WHEREAS, the parties desire to narrow and focus their disputes and cooperate on discovery,

WHEREAS, the Court issued rulings on February 14, 2006 Ordering UniRAM to supplement its responses to Interrogatory Nos. 10 and 12 as set forth more fully in those rulings,

In view of the foregoing, the parties HEREBY STIPULATE AS FOLLOWS:

1. The date for UniRAM to respond to the Court's February 14, 2006 rulings is extended to and includes March 29, 2006.

2. By March 29, 2006, UniRAM will respond to TSMC's Interrogatory No. 11 by listing which trade secrets UniRAM contends were not disclosed in UniRAM's patents.

3. UniRAM will supplement the introductory text in its responses to TSMC's Interrogatory Nos. 1 and 2 so as to identify supporting documentation (on a claim by claim basis) with the same degree of specificity required by the Court's Orders concerning Interrogatory Nos. 10 and 12 no later than April 12, 2006. UniRAM agrees to supplement the tables only to the extent necessary to provide the requisite level of specificity for the materials cited in the introductory text of its responses to Interrogatory Nos. 1 and 2.

4. The parties will meet and confer in person within a week of UniRAM's responses above to determine if they are acceptable to both parties.

STIPULATION RE: UNIRAM'S RESPONSES TO
INTERROGATORY NOS. 1, 2, 10, 11, AND 12          2

Case NoCV 04-01268 VRW
SV1:\242607\02\577302!.DOC\76835.0003.

| | | |
|---|---|---|
| 1  Dated: March 3, 2006 | By: | /S/ Edward R. Reines |
| 2 | | Edward R. Reines |
| | | Attorneys for Defendants |
| 3 | | Taiwan Semiconductor |
| | | Manufacturing Company, Ltd, and |
| 4 | | TSMC North America |

Dated: March 3, 2006        By:        /S/ Tracy M. Clements
                                                Tracy M. Clements
                                                Attorneys for Defendant
                                                Monolithic System Technology

Dated: March 3, 2006        By:        /S/ Joseph Grinstein
                                                Joseph Grinstein
                                                Attorneys for Plaintiff
                                                UniRAM Technology Inc.

### ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2006        By: _____
                                                Honorable Maria-Elena James

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*