1  KENNETH E. KELLER (SBN 71450)
2  CHRISTOPHER T. HOLLAND (SBN 164053)
   MICHAEL D. LISI (SBN 196974)
3  LORI L. BEHUN (SBN 202309)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
4  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 249-8330
6  Facsimile:   (415) 249-8333
   kkeller@kksrr.com
7
   Attorneys for Defendant and Counterclaimant
8  MONOLITHIC SYSTEM TECHNOLOGY, INC.

9

10                    UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  UniRAM TECHNOLOGY, INC., a California )  Case No.:  CV-04-01268-VRW (E-File)
14  corporation,                          )
                                          )  **STIPULATION AND [PROPOSED]**
15         Plaintiff,                     )  **ORDER CONTINUING CASE**
                                          )  **MANAGEMENT CONFERENCE**
16  v.                                    )
                                          )
17  MONOLITHIC SYSTEM TECHNOLOGY,         )
    INC., a Delaware corporation; TAIWAN  )
18  SEMICONDUCTOR MANUFACTURING           )
    COMPANY, LTD., a Taiwan corporation;  )
19  and TSMC NORTH AMERICA, a California  )
20  corporation,                          )
                                          )
21         Defendants.                    )
                                          )
22  _____    )

23

24

25

26

27

28
                                    1
_____
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                  CASE NO.: CV-04-01268-VRW (E-File)

Plaintiff UniRAM Technology, Inc. and Defendants Monolithic System Technology, Inc., Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North America hereby stipulate and respectfully request that this Court continue the Case Management Conference currently scheduled for April 11, 2006 at 9:00 a.m. to April 18, 2006 at 9:00 a.m. due to the unavailability of parties' counsel.

**IT IS SO STIPULATED AND AGREED**.

Dated: March 31, 2006                    SUSMAN GODFREY LLP

By: _____/s/_____
IAN B. CROSBY
Attorneys for Plaintiff
UNIRAM TECHNOLOGY, INC.

Dated: March 31, 2006                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
KENNETH E. KELLER
Attorneys for Defendant
Monolithic System Technology, Inc.

Dated: March 31, 2006                    WEIL, GOTSHAL & MANGES, LLP

By: _____/s/_____
EDWARD R. REINES
Attorneys for Defendants
TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD. AND TSMC NORTH AMERICA

1
2
## ORDER

The Case Management Conference that is currently scheduled for April 11, 2006 at 9:00 a.m. is rescheduled to April 18, 2006 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2006



_____
Judge Vaughn R Walker
United States District Chief Judge

3