1  [Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>              Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO ALLOW ATTACHMENTS TO JOINT LETTER** |

**STIPULATED MOTION AND [PROPOSED] ORDER TO ALLOW ATTACHMENTS TO JOINT LETTER RE TAPEOUTS**

     Pursuant to the Court's March 23, 2006, Order Re Tapeout Files in the above referenced matter, the UniRAM and the TSMC defendants (collectively "TSMC") intend to submit a joint letter addressing unresolved third-party objections to tapeout production. Due to the number of unresolved objections, the UniRAM and TSMC seek leave to be allowed to attach and incorporate by reference in their joint letter TSMC's brief stating its customers' objections and

STIPULATION RE: TAPEOUT SUBMISSIONS            Case No. CV-04-01268 VRW

UniRAM's brief stating its response to those objections, which TSMC and UniRAM exchanged pursuant to the Court's Order. The UniRAM and TSMC believe that this will most effectively brief the Court on the nature of their disagreements and their respective positions regarding how those disagreements should be resolved.

Dated: May 31, 2006        By:  _____/s/_____
                                Edward R. Reines
                                Attorneys for Defendants
                                Taiwan Semiconductor
                                Manufacturing Company, Ltd, and
                                TSMC North America

Dated: May 31, 2006        By:  _____/s/_____
                                Ian B. Crosby
                                Attorneys for Plaintiff
                                UniRAM Technology Inc.

**ORDER**

Pursuant to stipulation, it is ORDERED that the parties may submit as attachments to a joint letter their briefs exchanged pursuant to the Court's March 23, 2006, Order re Tapeout Files.

Dated: ~~May ____, 2006~~        By:_____
       June 1, 2006                    Hon. Maria-Elena James

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*