**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   UNIRAM TECHNOLOGY, INC.,                     No. C 04-1268 VRW (MEJ)

10              Plaintiff(s),              **REPORT AND RECOMMENDATION**
                                          **RE: APPOINTMENT OF SPECIAL**
11       vs.                              **MASTER**

12   MONOLITHIC SYSTEM TECHNOLOGY,         **ORDER FOR PARTIES TO MEET**
     INC, et al.,                          **AND CONFER RE: SPECIAL**
13                                          **MASTER**
                Defendant(s).
14   _____/

15

16          The Court is in receipt of the parties' joint meet and confer letter, filed June 1, 2006,

17   regarding plaintiff UniRAM Technology, Inc.'s ("UniRAM") request to compel defendant Taiwan

18   Semiconductor Manufacturing Company, Ltd. ("TSMC") to produce tapeout files in response to its

19   discovery requests.  Both parties agree that the tapeout files are relevant, at least to some extent, but

20   TSMC argues that the files contain proprietary information of its customers; therefore, it cannot

21   disclose them without permission under the terms of non-disclosure agreements with its customers.

22          Upon review of the parties' letter, the Court finds that disclosure is appropriate, but special

23   considerations must be made to protect TSMC's customers.  Given the number of parties involved in

24   this disclosure and the amount of supervision necessary to protect the customers' interests, the

25   undersigned hereby RECOMMENDS that Chief Judge Walker, presiding judge in this matter, grant

26   the undersigned authority to appoint a special master for purposes of supervising discovery related

27   to TSMC's customers' tapeout files, with any expenses borne by the parties and TSMC's customers.

28          To facilitate this, the Court hereby ORDERS the parties to meet and confer within one week

1   from the date of this Order for purposes of jointly recommending a special master.  If the parties

2   agree on a special master, they shall so inform the Court.  If the parties are unable to agree, they

3   shall each provide a list of three potential special masters and each party shall specify its objections

4   to the other party's choices.  If Judge Walker grants authority to appoint a special master, the

5   undersigned shall then appoint the parties agreed-upon master or appoint one master from the party's

6   lists.  At that time, the Court shall also specify the procedures for disclosure of the tapeout files.

7       **IT IS SO ORDERED.**

8

9   Dated: June 16, 2006

10                                       MARIA-ELENA JAMES
                                         United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2

**United States District Court**
For the Northern District of California