IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., | No. C 04-1268 VRW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint meet and confer letter, filed June 7, 2006, regarding plaintiff UniRAM Technology, Inc.'s ("UniRAM") request to compel defendant Taiwan Semiconductor Manufacturing Company, Ltd. ("TSMC") to supplement its responses to UniRAM's interrogatories to encompass the 90nm embedded DRAM technology generation. Upon review of the parties' letter, the Court finds that the burden of producing discovery related to 90nm prototypes outweighs any probative value at this stage in the proceedings. Accordingly, TSMC need not supplement its responses at this time. However, should TSMC begin commercial production of 90nm products, it shall supplement its responses forthwith.

**IT IS SO ORDERED.**

Dated: June 19, 2006

MARIA-ELENA JAMES
United States Magistrate Judge