EDWARD R. REINES (Bar No. 135960)
PAUL T. EHRLICH (Bar No. 228543)
BRANDON CONARD (Bar. No. 234824)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Of Counsel:
SCOTT HOVER-SMOOT (Bar No. 111627)
TSMC NORTH AMERICA
2685 Junction Avenue
San Jose, CA 95134
Telephone:  (408) 382-7971
Facsimile: (408) 382-8166

Attorneys for Defendants
TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY, LTD., and
TSMC NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>　　　　　　　Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE: FINAL CONTENTIONS AND REBUTTAL EXPERT REPORTS** |

WHEREAS, the parties agreed in their Joint Case Management Statement to tie the deadlines for filing Final Infringement Contentions and Final Invalidity Contentions to the completion of Rule 30(b)(6) depositions concerning the accused products,

WHEREAS, the parties desire to consolidate the deadlines for filing Final Invalidity Contentions under Patent Local Rules 3-6(b)(1) and (2),

WHEREAS, the parties desire to amend the Case Management Order to incorporate additional time for rebuttal expert reports based on the complex subject matter in this case,

In view of the foregoing, the parties HEREBY STIPULATE AS FOLLOWS:

1. The date for UniRAM to submit Final Infringement Contentions under Patent Local Rule 3-6(a) is extended to fifteen days after completion of UniRAM's depositions of TSMC and MoSys pursuant to Rule 30(b)(6) on the subject of the accused products.

2. The dates for TSMC and MoSys to submit Final Invalidity Contentions under Patent Local Rules 3-6(b)(1) and (2) are consolidated and extended to twenty days after either the day UniRAM submits its Final Infringement Contentions or the last day the parties agree UniRAM is allowed to submit its Final Infringement Contentions, whichever is earlier.

3. The date for the parties to serve rebuttal expert reports is extended to and includes October 27, 2006.

4. The date by which discovery from experts must be concluded is extended to and includes November 17, 2006.

| | | |
|---|---|---|
| 1 | Dated: May 26, 2006 | By: ___/s/___ |
| 2 | | Edward R. Reines |
| | | Attorneys for Defendants |
| 3 | | Taiwan Semiconductor |
| | | Manufacturing Company, Ltd, and |
| 4 | | TSMC North America |
| 5 | Dated: May 26, 2006 | By: ___/s/___ |
| 6 | | Mark Scarsi |
| | | Attorneys for Defendant |
| 7 | | Monolithic System Technology |
| 8 | Dated: May 26, 2006 | By: ___/s/___ |
| 9 | | Joseph Grinstein |
| | | Attorneys for Plaintiff |
| 10 | | UniRAM Technology Inc. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~May ___, 2006~~
       June 22, 2006

By: ___/s/___
Honorable Vaughn R. Walker

*IT IS SO ORDERED — Judge Vaughn R Walker (United States District Court, Northern District of California seal)*