1  [Counsel Listed Below]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO

11

12 | UniRAM TECHNOLOGY, INC., a California corporation, | Case No. CV 04-01268-VRW
13 |  |
14 | Plaintiff, | **STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND PRETRIAL DISCOVERY DEADLINES**
15 | v. |
16 | MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation, |
17 |  |
18 |  |
19 | Defendants. |

21  **STIPULATED MOTION AND [PROPOSED] ORDER TO**
22  **AMEND PRETRIAL DISCOVERY DEADLINES**

23  Pursuant to the Court's April 19, 2006, Case Management Order, Docket No. 170

24 ("CMO"), in the above-referenced matter, UniRAM Technology, Inc., Monolithic System

25 Technology, Taiwan Semiconductor Manufacturing Company Ltd., and TSMC North America

26 (collectively, "the Parties") have continued to engage in discovery processes.  Nevertheless, the

27 parties believe that a slight modification to the discovery schedule—the effect of which would be

28

to provide an additional month for fact discovery to be accounted for by shortening the period between the close of discovery and the deadline for dispositive motions—will be beneficial to their preparation of the case. Accordingly, the Parties jointly and respectfully move that the Court allow approximately one extra month per the following deadlines:

|  | **CMO deadline** | **Stipulated deadline** |
|---|---|---|
| DISCOVERY CUT-OFF | September 15, 2006 (*see* CMO at 2) | October 13, 2006 |
| EXPERT WITNESS REPORTS | September 29, 2006 (*see* CMO at 2) | October 27, 2006 |
| REBUTTAL EXPERT WITNESS REPORTS | October 13, 2006 (*see* CMO at 2) | November 10, 2006 |
| EXPERT WITNESS DISCOVERY CUT-OFF | November 10, 2006 (*see* CMO at 2) | December 8, 2006 |

All other deadlines in the CMO, including the deadlines for dispositive motions and the trial date, would remain the same.

//

//

//

//

//

//

//

//

//

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER TO AMEND PRETRIAL DISCOVERY
DEADLINES                                2                                Case NoCV 04-01268 VRW

| | | |
|---|---|---|
| Dated: July 5, 2006 | By: | /s/ |
| | | George M. Schwab |
| | | Attorneys for Plaintiff |
| | | UniRAM Technology Inc. |
| Dated: July 5, 2006 | By: | /s/ |
| | | Edward R. Reines |
| | | Attorneys for Defendants |
| | | Taiwan Semiconductor Manufacturing Company, Ltd, and TSMC North America |
| Dated: July 5, 2006 | By: | /s/ |
| | | Mark C. Scarsi |
| | | Attorneys for Defendant |
| | | Monolithic System Technology, Inc. |

## **ORDER**

Pursuant to stipulation, it is ORDERED that the deadlines for the following events, set forth initially in this Court's Case Management Order, Docket No. 170, be amended as follows:

| | |
|---|---|
| Discovery cut-off……………………. | October 13, 2006 |
| Expert witness reports……………….. | October 27, 2006 |
| Rebuttal expert witness reports………. | November 10, 2006 |
| Expert witness discovery cut-off……... | December 8, 2006 |

The hearing on dispositive motions remains scheduled for February 15, 2007, at 2:00 p.m., and such motions must still be timely filed in accordance with Civil LR 7.

Dated: 7/13/06, 2006            By: /s/ Hon. Vaughn R. Walker

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO AMEND PRETRIAL DISCOVERY DEADLINES              3                    Case NoCV 04-01268 VRW