IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
UNIRAM TECHNOLOGY, INC,                   No   C-04-1268 VRW (MEJ)

          Plaintiff,                           ORDER

     v

MONOLITHIC SYSTEM TECHNOLOGY, INC
et al,

          Defendants.
                                   /
```

   On June 1, 2006, the parties filed a joint meet and confer letter before Magistrate Judge James regarding plaintiff's request to compel defendant Taiwan Semiconductor Manufacturing Co, Ltd (TSMC) to produce its tapeout files. Doc #177-1. The parties agreed the files were at least somewhat relevant but TSMC argued the files contained proprietary information about its customers that could not be disclosed. Id.

   On June 16, 2006, Magistrate Judge James recommended that the undersigned grant Judge James authority to appoint a special master to supervise discovery of the tapeout files. Doc #187. The parties have since met and conferred and agreed on a special

1  master, Lou Brucculeri of Wong, Cabello, Lutsch, Rutherford &
2  Brucculeri, LLP.
3     The court agrees with the magistrate judge's
4  recommendation and pursuant to 28 USC § 636(b)(1), GRANTS
5  Magistrate Judge James authority to appoint a special master to
6  supervise discovery related to TSMC's customers' tapeout files,
7  with any expenses to be borne by the parties and TSMC's customers.

9     IT IS SO ORDERED.

          VAUGHN R WALKER
          United States District Chief Judge