**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIRAM TECHNOLOGY, INC.,

            Plaintiff(s),

  vs.

MONOLITHIC SYSTEM TECHNOLOGY, INC, et al.,

            Defendant(s).

_____/

No. C 04-1268 VRW (MEJ)

**ORDER APPOINTING SPECIAL MASTER**

**ORDER RE: PRODUCTION OF TAPEOUT FILES**

     On June 16, 2006, the undersigned issued a Report and Recommendation in which it recommended that Chief Judge Walker, presiding judge in this matter, grant the undersigned authority to appoint a special master for purposes of supervising discovery related to defendant Monolithic System Technology, Inc.'s ("TSMC") customers' tapeout files.  The Court also ordered the parties to meet and confer for the purpose of selecting a special master.  Doc. #187.

     On July 13, 2006, the parties filed notice that they agreed to use Lou Bruccerli.  On July 24, Chief Judge Walker granted the undersigned authority to appoint a special master.  Accordingly, the Court hereby APPOINTS Lou Bruccerli as special master in this case for supervision of discovery regarding TSMC's tapeout files.  The parties shall comply with the following guidelines:

1)    Tapeouts shall be displayed under the supervision of Mr. Bruccerli on a secure, non-networked computer at the office of TSMC's counsel.  TSMC's customers may be present when Uniram Technology views their individual tapeouts.

2)    TSMC shall produce complete memory portions, including ECC, and representative samples

of the non-ECC, non-memory portions.  The representative samples shall contain examples of all types of transistors found in the circuit with the same frequency.  TSMC shall not claim that the representative samples do not constitute a "logic circuit."

3)   The parties shall bear the costs of the special master and any disputes between Uniram, TSMC, and TSMC's customers shall be resolved by Mr. Bruccerli.

**IT IS SO ORDERED.**

Dated: July 31, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California