SUSMAN GODFREY L.L.P.
MAX L. TRIBBLE, JR., admitted *pro hac vice*
JOSEPH S. GRINSTEIN, admitted *pro hac vice*
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

SUSMAN GODFREY L.L.P.
IAN B. CROSBY, admitted *pro hac vice*
JOHN M. NEUKOM, admitted *pro hac vice*
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Attorneys for Plaintiff
UniRAM TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONOLITHIC SYSTEM TECHNOLOGY, INC., a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., a Taiwan corporation; and TSMC NORTH AMERICA, a California corporation, <br><br> Defendants. <br> AND RELATED COUNTERCLAIMS. | Case No. CV 04-1268 VRW <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

Pursuant to the Court's Notice of Settlement Conference and Settlement Conference Order, Docket No. 171, entered April 25, 2006, UniRAM Technology, Inc., Monolithic System Technology Inc., Taiwan Semiconductor Manufacturing Company

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND NOTICE OF SETTLEMENT CONFERENCE
AND SETTLEMENT CONFERENCE ORDER
CASE NO. CV-04-01268 VRW
706515v1/008734

1

Ltd., and TSMC North America (collectively, "the Parties"), are ordered to appear before Chief Magistrate Judge Larson for a Settlement Conference on August 22, 2006, at 10 a.m.

The Parties have agreed to engage in settlement discussions before Judge Charles B. Renfew (ret.), and propose to do so on September 6, 2006, at 10 a.m., in lieu of a settlement conference before Chief Magistrate Judge Larson. The Parties have furthermore agreed, for purposes of settlement discussions before Judge Renfrew, to adhere to the terms of the Settlement Conference Order—including mandatory attendance of Party representatives, and all required written submissions by the Parties.

**IT IS SO STIPULATED:**

DATED: August 15, 2006                        SUSMAN GODFREY L.L.P.

                                              By: /s/
                                              Ian B. Crosby
                                              Attorneys for Plaintiff UniRAM
                                              Technology, Inc.

DATED: August 15, 2006                        WEIL, GOTSHAL & MANGES LLP

                                              By: /s/
                                              Edward R. Reines
                                              Attorneys for Defendants Taiwan
                                              Semiconductor Manufacturing Company
                                              Ltd. and TSMC North America

DATED: August 15, 2006                        O'MELVENY & MYERS LLP

                                              By: /s/
                                              Mark Scarsi
                                              Attorneys for Defendant Monolithic
                                              System Technology Inc.

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND NOTICE OF SETTLEMENT CONFERENCE
AND SETTLEMENT CONFERENCE ORDER
CASE NO. CV-04-01268 VRW
706515v1/008734

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 8/18/2006

_____
Honorable James Larson
United States Chief Magistrate Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND NOTICE OF SETTLEMENT CONFERENCE
AND SETTLEMENT CONFERENCE ORDER
CASE NO. CV-04-01268 VRW
706515v1/008734

3

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in King County, Washington State. I am over the age of 18 and not a party to the within action; my business address is Suite 3800, 1201 Third Avenue, Seattle, Washington, 98101-3000.

On August 15, 2006, I served the foregoing document(s) described as follows:

**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_  BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_  BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

XX  BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_  BY TELECOPIER
I served by facsimile as indicated on the attached service list.

XX  BY E-MAIL
I caused to be delivered a PDF format of this document.

Executed on August 15, 2006, at Seattle, Washington.

XX  I declare that I am employed in the office of an attorney who is authorized to practice in this Court at whose direction the service was made.

_____
Brian E. Spangler

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND NOTICE OF SETTLEMENT CONFERENCE
AND SETTLEMENT CONFERENCE ORDER
CASE NO. CV-04-01268 VRW
706515v1/008734

4

## SERVICE LIST

ATTORNEYS FOR DEFENDANT MONOLITHIC SYSTEM TECHNOLOGY, INC.:

George A. Riley
griley@omm.com
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone: 415-984-8700
Facsimile: 415-984-8701

Mark C. Scarsi
mscarsi@omm.com
Ryan K. Yagura
ryagura@omm.com
Vision Winter
vwinter@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

ATTORNEYS FOR DEFENDANTS TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY, LTD., and TSMC NORTH AMERICA:

Matthew D. Powers
matthew.powers@weil.com
Edward R. Reines
edward.reines@weil.com
Brandon Conard
brandon.conardweil.com
Paul Ehrlich
paul.ehrlich@weil.com
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND NOTICE OF SETTLEMENT CONFERENCE
AND SETTLEMENT CONFERENCE ORDER
CASE NO. CV-04-01268 VRW
706515v1/008734

5