1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street, 26th Floor
3  San Francisco, California  94111-3305
   Telephone:  (415) 984-8700
4  Facsimile:   (415) 984-8701

5  MARK C. SCARSI (S.B. #183926)
   RYAN K. YAGURA (S.B. #197619)
6  GUANG MING WHITLEY (S.B. #235124)
   O'Melveny & Myers LLP
7  400 South Hope Street
   Los Angeles, California  90071-2899
8  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
9
   Attorneys for Defendant/Counterclaimant MONOLITHIC
10 SYSTEM TECHNOLOGY, INC.

11 WEIL, GOTSHAL & MANGES LLP

12 Edward Reines (CA Bar No. 135960)
   Paul T. Ehrlich (CA Bar No. 228543)
13 Brandon D. Conard (CA Bar No. 234824)
   201 Redwood Shores Parkway
14 Redwood Shores, CA 94065
   Telephone:  (650) 802-3000
15 Facsimile:   (650) 802-3100

16
   Attorneys for Defendants/Counterclaimants
17 TAIWAN SEMICONDUCTOR MANUFACTURING
   COMPANY, LTD. And TSMC NORTH AMERICA
18
19 SUSMAN GODFREY LLP
   Max L. Tribble *(admitted pro hac vice)*
20 Joseph S. Grinstein *(admitted pro hac vice)*
   Victoria C. Capitaine *(admitted pro hac vice)*
21 1000 Louisiana Street
   Houston, Texas 77002-5096
22 Telephone:  (713) 651-9366
   Facsimile:   (713) 654-6666
23
   Attorneys for Plaintiff/Counterdefendant
24 UniRAM TECHNOLOGY, INC.

25            UNITED STATES DISTRICT COURT
26          NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
27
28

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC. | Case No.  CV 04-1268 VRW |
| Plaintiffs, | STIPULATION FOR DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE |
| v. | |
| MONOLITHIC SYSTEM TECHNOLOGY, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.; and  TSMC NORTH AMERICA, | |
| Defendants. | |

WHEREAS, defendant Monolithic System Technology, Inc., ("MoSys") agrees to dismiss without prejudice MoSys' Third, Fourth, and Fifth Counterclaims for Relief in MoSys' Answer to UniRAM's Second Amended Complaint;

WHEREAS defendants Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North America (collectively, "TSMC") agree to dismiss without prejudice TSMC's Third, Fourth, and Fifth Counterclaims for Relief in TSMC's Answer to UniRAM's Second Amended Complaint;

WHEREAS, plaintiff UniRAM Technology, Inc. ("UniRAM") agrees that MoSys' and TSMC's Counterclaims against it be dismissed without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

MoSys' and TSMC's Third, Fourth, and Fifth Counterclaims against UniRAM in their respective Answers to UniRAM's Second Amended Complaint are dismissed without prejudice, pursuant to F.R.C.P. 41(a)(1).

DATED:  August 31, 2006    SUSMAN GODFREY LLP


By:  //s//_____

Max T. Tribble
Joseph S. Grinstein
Victoria C. Capitaine

Attorneys for Plaintiff, UniRAM Technology, Inc.

DATED:  August 31, 2006    O'MELVENY & MYERS LLP


By:  //s//_____

Mark C. Scarsi
Ryan K. Yagura
Guang Ming Whitley

Attorneys for Defendant, Monolithic System
Technology, Inc.

DATED:  August 31, 2006    WEIL GOTSCHAL & MANGES LLP


By:  //s//_____
Edward Reines
Paul T. Ehrlich
Brandon D. Conard

Attorneys for Defendants, TSMC Ltd. and
TSMC North America


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED:___9/14/2006_____    _____
_                           Honorable Vaughn R. Walker
                            United States District Judge

STIPULATION FOR DISMISSAL OF
COUNTERCLAIMS WITHOUT PREJUDICE
CASE NO.  CV 04-1268 VRW

1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street, 26th Floor
3  San Francisco, California  94111-3305
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  MARK C. SCARSI (S.B. #183926)
   RYAN K. YAGURA (S.B. #197619)
6  O'MELVENY & MYERS LLP
   400 South Hope Street
7  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
8  Facsimile:   (213) 430-6407

9
   Attorneys for Defendant and Counterclaimant
10 MONOLITHIC SYSTEM TECHNOLOGY,
   INC.
11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16
   UniRAM TECHNOLOGY, INC., a
17 California corporation,                    Case No.  CV-04-01268 VRW

18              Plaintiff,                    ELECTRONIC CASE FILING

19        v.                                  **DECLARATION OF RYAN K.
                                              YAGURA RE: SIGNATURE
20 MONOLITHIC SYSTEM                          PURSUANT TO GENERAL
   TECHNOLOGY, INC., a Delaware               ORDER 45 § X**
21 corporation; TAIWAN
   SEMICONDUCTOR
22 MANUFACTURING COMPANY,
   LTD., a Taiwan corporation; and TSMC
23 NORTH AMERICA, a California
   corporation,
24

25
                Defendants.
26

27

28

DECLARATION OF RYAN YAGURA
                                              RE SIGNATURE PURSUANT TO
                                              GENERAL ORDER 45 § X

1    I, RYAN K. YAGURA, declare as follows:

2        1.    I am an attorney at the law firm of O'Melveny & Myers LLP,

3    counsel of record for Monolithic System Technology, Inc., in the above-styled action

4    pending before this Court.  I am a member of good standing of the State Bar of California

5    and am admitted to practice in the United States District Court for the Northern District of

6    California.  I have personal knowledge of the facts set forth in this Declaration and, if

7    called as a witness, could and would testify competently to such facts under oath.

8        2.    I attest that the conformed signatures of Edward Reines, counsel for

9    defendants Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North

10   America, and Max Tribble, counsel for plaintiff UniRAM, appearing in the signature

11   blocks of the Stipulation for Dismissal of Counterclaims Without Prejudice, are

12   Mr. Reines' and Mr. Tribble's signatures, respectively, and that Mr. Reines and

13   Mr. Tribble have authorized me to file the Stipulation for Dismissal of Counterclaims

14   Without Prejudice.

15

16        Executed on the 31st day of August, 2006, at Los Angeles, California.  I

17   declare under penalty of perjury under the laws of the United States that the foregoing is

18   true and correct.

19

20                          _____//s// Ryan K. Yagura_____
                                    Ryan K. Yagura
21

22

23   LA2:809872.1

24

25

26

27

28

DECLARATION OF RYAN YAGURA
RE SIGNATURE PURSUANT TO
GENERAL ORDER 45 § X