IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> MONOLITHIC SYSTEM TECHNOLOGY, INC, et al., <br><br> Defendant(s). | No. C 04-1268 VRW (MEJ) <br><br> **ORDER RE TSMC'S INTERROGATORY NO. 14** |

The Court is in receipt of the parties' joint discovery dispute letter, dated September 19, 2006. (Doc. #241.) In the letter, TSMC requests an order requiring UniRAM to supplement its response to TSMC's Interrogatory No. 14 by identifying, for each trade secret, the disclosure in patents or patent applications where UniRAM included the trade secret, and the circumstances surrounding any disclosure of confidential patent applications to TSMC. UniRAM's trade secret disclosure has 208 trade secrets; however, Judge Walker ordered UniRAM to pare down its list of trade secrets to 12 by October 20, 2006. (Doc. #198.) Accordingly, the Court finds TSMC's request premature. If a dispute remains after October 20, the parties shall again meet and confer on this issue and thereafter file a joint letter if unable to resolve their dispute.

**IT IS SO ORDERED.**

Dated: September 26, 2006

MARIA ELENA JAMES
United States Magistrate Judge