IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., | No. C 04-1268 VRW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE TSMC'S INTERROGATORY NO. 19** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery dispute letter, dated September 19, 2006. (Doc. #242.) In the letter, TSMC requests an order compelling UniRAM to respond to TSMC's Interrogatory No. 19, which requires UniRAM to describe in detail how it believes TSMC or MoSys misappropriated its alleged trade secrets. While this information is clearly relevant, Judge Walker ordered UniRAM to pare down its list of trade secrets from 212 to 12 by October 20, 2006. (Doc. #198.) Accordingly, the Court finds TSMC's request premature. If a dispute remains after October 20, the parties shall again meet and confer on this issue and thereafter file a joint letter if unable to resolve their dispute.

**IT IS SO ORDERED.**

Dated: September 28, 2006

MARIA ELENA JAMES
United States Magistrate Judge