IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., | No. C 04-1268 VRW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE UNIRAM'S TRADE SECRET LIST** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery dispute letter, dated September 20, 2006. (Doc. #244.) In the letter, TSMC requests an order compelling UniRAM to affirm that its trade secret list is a full and complete statement of the trade secrets UniRAM alleges were misappropriated by TSMC or MoSys. However, as Judge Walker ordered UniRAM to pare down its list of trade secrets from 212 to 12 by October 20, 2006 (Doc. #198), the Court finds it unnecessary to consider TSMC's request at this time. If a dispute remains after October 20, the parties shall again meet and confer on this issue and thereafter file a joint letter if unable to resolve their dispute.

**IT IS SO ORDERED.**

Dated: September 29, 2006

MARIA-ELENA JAMES
United States Magistrate Judge