**United States District Court**
For the Northern District of California

1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNIRAM TECHNOLOGY, INC.,                    No. C 04-1268 VRW (MEJ)

9              Plaintiff(s),
                                                 **ORDER RE TSMC'S**
10       vs.                                     **INTERROGATORY NO. 12**

11   MONOLITHIC SYSTEM TECHNOLOGY,
     INC, et al.,
12
              Defendant(s).
13   _____/

14

15         The Court is in receipt of the parties' joint discovery dispute letter, dated September 25,

16   2006.  (Doc. #261.)  In the letter, TSMC requests an order compelling UniRAM to comply with the

17   Court's earlier order compelling a full response to its Interrogatory  No. 12.  (Doc. #155.)  However,

18   as Judge Walker ordered UniRAM to pare down its list of trade secrets from 212 to 12 by October

19   20, 2006 (Doc. #198),  the Court finds it unnecessary to consider TSMC's request at this time.

20   Rather, at the time UniRAM narrows its trade secret list, it shall also ensure that it has complied

21   with the Court's previous orders.  If a dispute remains after October 20, the parties shall again meet

22   and confer on this issue and thereafter file a joint letter if unable to resolve their dispute.

23         **IT IS SO ORDERED.**

24

25   Dated: October 2, 2006                      _____
                                                 MARIA-ELENA JAMES
26                                               United States Magistrate Judge

27

28