| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
|   | O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West |
|   | 275 Battery Street, 26th Floor |
| 3 | San Francisco, California 94111-3305 |
|   | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | MARK C. SCARSI (S.B. #183926) |
|   | RYAN K. YAGURA (S.B. #197619) |
| 6 | GUANG MING WHITLEY (S.B. #235124) |
|   | O'Melveny & Myers LLP |
| 7 | 400 South Hope Street |
|   | Los Angeles, California 90071-2899 |
| 8 | Telephone: (213) 430-6000 |
|   | Facsimile: (213) 430-6407 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | MONOLITHIC SYSTEM TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., | Case No. C-04-1268 VRW |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC., et. al., | ORDER |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Monolithic System Technology, Inc. ("MoSys"), hereby substitutes George A. Riley of the law firm of O'Melveny & Myers LLP, Embarcadero Center West, 275 Battery Street, San Francisco, California 94111, telephone (415) 984-8700, and Mark C. Scarsi, Ryan K. Yagura, and Guang Ming Whitley also of the law firm of

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C-04-1268 VRW

1  O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071,
2  telephone (213) 430-6000, as attorneys of record in the above-captioned action in place
3  of prior counsel of record, Kenneth E. Keller, Christopher T. Holland, Michael D. Lisi,
4  and Lori L. Behun of the law firm Krieg, Keller, Sloan, Reilley, & Roman LLP, 114
5  Sansome Street, 4th Floor, San Francisco, CA 94104, telephone (415) 249-8330.

Dated: August **9**, 2006                MONOLITHIC SYSTEM TECHNOLOGY, INC.

By_____/s/_____
          Monte Crawford
          General Counsel

The above Substitution is hereby accepted:

Dated: August **9**, 2006                GEORGE A. RILEY
                                         MARK C. SCARSI
                                         RYAN K. YAGURA
                                         GUANG MING WHITLEY
                                         O'MELVENY & MYERS LLP

By_____/s/_____
          Mark C. Scarsi

The above Substitution is hereby consented to:

Dated: August __, 2006                   Kenneth E. Keller
                                         Christopher T. Holland
                                         Michael D. Lisi
                                         Lori L. Behun
                                         Krieg, Keller, Sloan, Reilley, & Roman LLP

By_____
          Kenneth E. Keller

- 2 -                                    NOTICE OF SUBSTITUTION OF COUNSEL
                                         CASE NO. C-04-1268 VRW

1  O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071,
2  telephone (213) 430-6000, as attorneys of record in the above-captioned action in place
3  of prior counsel of record, Kenneth E. Keller, Christopher T. Holland, Michael D. Lisi,
4  and Lori L. Behun of the law firm Krieg, Keller, Sloan, Reilley, & Roman LLP, 114
5  Sansome Street, 4th Floor, San Francisco, CA 94104, telephone (415) 249-8330.

Dated: August __, 2006              MONOLITHIC SYSTEM TECHNOLOGY, INC.

                                    By_____
                                         Monte Crawford
                                         General Counsel

The above Substitution is hereby accepted:

Dated: August __, 2006              GEORGE A. RILEY
                                    MARK C. SCARSI
                                    RYAN K. YAGURA
                                    GUANG MING WHITLEY
                                    O'MELVENY & MYERS LLP

                                    By_____
                                         Mark C. Scarsi

The above Substitution is hereby consented to:

Dated: August 9, 2006               Kenneth E. Keller
                                    Christopher T. Holland
                                    Michael D. Lisi
                                    Lori L. Behun
                                    Krieg, Keller, Sloan, Reilley, & Roman LLP

                                    By_____
                                         Kenneth E. Keller

1 **O R D E R**

2 The above Substitution is hereby approved.

3 Oct. 2, 2006
4 Dated: ~~August __, 2006~~  _____
  Hon. Vaughn R. Walker
5 United States District Chief Judge

| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
| | O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West |
| | 275 Battery Street, 26th Floor |
| 3 | San Francisco, California 94111-3305 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | MARK C. SCARSI (S.B. #183926) |
| | RYAN K. YAGURA (S.B. #197619) |
| 6 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 7 | Los Angeles, CA 90071-2899 |
| | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |

Attorneys for Defendant and Counterclaimant
MONOLITHIC SYSTEM TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation, | Case No. CV-04-01268 VRW |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | **DECLARATION OF RYAN K. YAGURA RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC., a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., a Taiwan corporation; and TSMC NORTH AMERICA, a California corporation, | |
| Defendants. | |

CASE NO. C-04-01268 VRW

DECLARATION OF RYAN YAGURA
RE SIGNATURE PURSUANT TO
GENERAL ORDER 45 § X

I, RYAN K. YAGURA, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Monolithic System Technology, Inc., in the above-styled action pending before this Court. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the conformed signature of Monte Crawford, in-house counsel for Monolithic System Technology, Inc., appearing in the signature block of the Notice of Substitution of Counsel, is Mr. Crawford's signature, and that Mr. Crawford has authorized me to file the Notice of Substitution of Counsel.

Executed on the 9th day of August, 2006, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                //s// Ryan K. Yagura_____
                                                Ryan K. Yagura

LA2:807931.1