GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK C. SCARSI (S.B. #183926)
RYAN K. YAGURA (S.B. #197619)
GUANG MING WHITLEY (S.B. #235124)
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant/Counterclaimant MONOLITHIC SYSTEM TECHNOLOGY, INC.

WEIL, GOTSHAL & MANGES LLP
Edward Reines (CA Bar No. 135960)
Paul T. Ehrlich (CA Bar No. 228543)
Brandon D. Conard (CA Bar No. 234824)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants/Counterclaimants
TAIWAN SEMICONDUCTOR MANUFACTURING
COMPANY, LTD. And TSMC NORTH AMERICA

SUSMAN GODFREY LLP
Ian B. Crosby *(admitted pro hac vice)*
Max L. Tribble *(admitted pro hac vice)*
Joseph S. Grinstein *(admitted pro hac vice)*
1000 Louisiana Street
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Attorneys for Plaintiff/Counterdefendant
UniRAM TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|   |   |
|---|---|
| UNIRAM TECHNOLOGY, INC.<br><br>            Plaintiffs,<br><br>     v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.; and TSMC NORTH AMERICA,<br><br>            Defendants. | Case No.  CV 04-1268 VRW<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT DEADLINES |

WHEREAS, the Stipulated Motion and Order to Amend Pretrial Discovery Deadlines, Docket No. 192, and the Joint Case Management Statement and [Proposed] Order, Docket No. 195, provide the following case management deadlines:

| EVENT | DATE |
|---|---|
| Fact Discovery Cut-Off | October 13, 2006 |
| Expert Reports by Party with Burden of Proof | October 27, 2006 |
| Rebuttal Expert Reports | November 27, 2006 |
| Expert Discovery Cut-Off | December 15, 2006 |
| Last Day to File Dispositive Motions | January 11, 2007 |
| Dispositive Motion Hearing | February 15, 2007 |
| Joint Proposed Final Pretrial Order | April 9, 2007 |
| Pretrial Conference | May 8, 2007 |

WHEREAS, the Civil Minute Order, Docket No. 198, requires UniRAM Technology, Inc. to "pare down its number of alleged trade secrets from 212 to 12 by October 20, 2006."

1   WHEREAS, the parties (UniRAM Technology, Inc., Monolithic System
2   Technology, Inc. ("MoSys"), Taiwan Semiconductor Manufacturing Company,
3   Ltd., and TSMC North America) are working towards completing fact discovery;

4   WHEREAS, the parties are in need of two additional weeks for fact
5   discovery to conclude depositions of already requested party witnesses and
6   subpoenaed third parties;

7   WHEREAS, UniRAM is in need of an additional week to pare down its
8   number of alleged trade secrets from 212 to 12;

9   WHEREAS, the parties wish to modify the current case management
10  schedule to allow for two additional weeks of fact depositions and to provide
11  UniRAM with an additional week to pare down its number of alleged trade secrets
12  from 212 to 12;

13  WHEREAS, the parties' proposed modification will not impact the trial date
14  in this action;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN
17  THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND
18  SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

| EVENT | DATE |
| --- | --- |
| UniRAM shall pare down its number of alleged trade secrets from 212 to 12. | October 27, 2006 |
| Fact Discovery Cut-Off for Depositions of Already Requested Party Witnesses and Subpoenaed Third Parties | October 27, 2006 |
| Expert Reports by Party with Burden of Proof | November 8, 2006 |
| Rebuttal Expert Reports | December 8, 2006 |
| Expert Discovery Cut-Off | December 22, 2006 |
| Last Day to File Dispositive Motions | January 26, 2007 |

LA2:812404.4   - 3 -   STIPULATED MOTION TO AMEND
CASE MANAGEMENT DEADLINES
CASE NO. CV 04-1268 VRW

| Dispositive Motion Hearing | March 1, 2007 at 2:00 pm |
|---|---|
| Joint Proposed Final Pretrial Order | April 9, 2007 |
| Pretrial Conference | May 8, 2007 at 9:00am |

DATED: October 6, 2006          SUSMAN GODFREY LLP


                                By:____ ___/s/_____

                                Ian B. Crosby
                                Max L. Tribble
                                Joseph S. Grinstein

                                Attorneys for Plaintiff, UniRAM
                                Technology, Inc.

DATED: October 6, 2006          O'MELVENY & MYERS LLP


                                By:_____/s/_____

                                Mark C. Scarsi
                                Ryan K. Yagura
                                Guang Ming Whitley

                                Attorneys for Defendant, Monolithic System
                                Technology, Inc.

DATED: October 6, 2006          WEIL GOTSHAL & MANGES LLP


                                By:____/s/_____
                                Edward Reines
                                Paul T. Ehrlich
                                Brandon D. Conard

                                Attorneys for Defendants, TSMC Ltd. and
                                TSMC North America

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 10/11/2006            _____
                             Honorable Vaughn R. Walker
                             United States District Judge

| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304)<br>O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West<br>275 Battery Street, 26th Floor |
| 3 | San Francisco, California  94111-3305<br>Telephone:    (415) 984-8700 |
| 4 | Facsimile:     (415) 984-8701 |
| 5 | MARK C. SCARSI (S.B. #183926)<br>RYAN K. YAGURA (S.B. #197619) |
| 6 | O'MELVENY & MYERS LLP<br>400 South Hope Street |
| 7 | Los Angeles, CA  90071-2899<br>Telephone:    (213) 430-6000 |
| 8 | Facsimile:     (213) 430-6407 |
| 9 | |
| 10 | Attorneys for Defendant and Counterclaimant<br>MONOLITHIC SYSTEM TECHNOLOGY, |
| 11 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, INC., a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD., a Taiwan corporation; and TSMC NORTH AMERICA, a California corporation,<br><br>    Defendants. | Case No.  CV-04-01268 VRW<br><br>ELECTRONIC CASE FILING<br><br>**DECLARATION OF GUANG MING WHITLEY RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X** |

1   I, GUANG MING WHITLEY, declare as follows:

2   1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Monolithic System Technology, Inc., in the above-styled action pending before this Court. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3   2. I attest that the conformed signatures of Ian Crosby, counsel for UniRAM Technology, Inc., and Edward Reines, counsel for Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America, appearing in the signature block of the Stipulation and [Proposed] Order to Amend Case Management Deadlines, are the respective signatures of Mr. Crosby and Mr. Reines, and that Mr. Crosby and Mr. Reines have authorized me to file the Stipulation and [Proposed] Order to Amend Case Management Deadlines.

Executed on the 6th day of October, 2006, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/
Guang Ming Whitley

LA2:813085.1

CASE NO. C-04-01268 VRW - 2 -   DECLARATION OF GUANG MING WHITLEY RE SIGNATURE PURSUANT TO GENERAL ORDER 45 § X