1  [Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>  Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE**

The parties hereby stipulate and jointly move to continue the case management conference presently scheduled for November 7, 2006, at 9:00 a.m., to November 21, 2006, at 9:00 a.m.

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE

Case No. CV-04-01268 VRW

| | | |
|---|---|---|
| Dated: November 1, 2006 | By: | /s/ |

Max L. Tribble (admitted pro hac vice)
Joseph S. Grinstein (admitted pro hac vice)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:(713) 651-9366
Facsimile: (713) 654-6666

Ian B. Crosby (admitted pro hac vice)
John M. "Jay" Neukom (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Michael F. Heim (admitted pro hac vice)
Russell A. Chorush (admitted pro hac vice)
Robert Tuttle (admitted pro hac vice)
HEIM, PAYNE & CHORUSH
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

George M. Schwab (State Bar No. 58250)
Gregory S. Bishop (State Bar No. 184680)
April Abele (State Bar No. 180638)
TOWNSEND AND TOWNSEND
 AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff/Counterdefendant
UniRAM TECHNOLOGY, INC.

Dated: November 1, 2006  By:  /s/
Edward R. Reines (State Bar No. 135960)
Brandon D. Conard (State Bar No. 234824)
WEIL, GOTSHAL & MANGES L.L.P.
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimilie: (650) 802-3100

Attorneys for Defendants/Couterplaintiffs
TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY, LTD, and
TSMC NORTH AMERICA

Dated: November 1, 2006  By:  /s/
Mark C. Scarsi (State Bar No. 183926)
Ryan K. Yagura (State Bar No. 197619)
Guang Ming Whitley (State Bar No. 235124)
O'MELVENY & MYERS L.L.P.
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

George A. Riley (s.b. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone:(415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant/Counterplaintiff
MONOLITHIC SYSTEM TECHNOLOGY,
INC.

## ORDER

Pursuant to stipulation, it is ORDERED that the case management conference presently scheduled for November 7, 2006, at 9:00 a.m., is continued to November 21, 2006, at 9:00 a.m.

Dated: Nov. 6, 2006  By: /s/
Honorable Vaughn R. Walker
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                    3                    Case No CV 04-01268 VRW