1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street, 26th Floor
3  San Francisco, California  94111-3305
   Telephone:  (415) 984-8700
4  Facsimile:   (415) 984-8701

5  MARK C. SCARSI (S.B. #183926)
   RYAN K. YAGURA (S.B. #197619)
6  GUANG MING WHITLEY (S.B. #235124)
   O'Melveny & Myers LLP
7  400 South Hope Street
   Los Angeles, California  90071-2899
8  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407

9
   Attorneys for Defendant/Counterclaimant MONOLITHIC
10 SYSTEM TECHNOLOGY, INC.

11 SUSMAN GODFREY LLP
   MAX L. TRIBBLE *(admitted pro hac vice)*
12 JOSEPH F. GRINSTEIN *(admitted pro hac vice)*
   1000 Louisiana, Suite 5100
13 Houston, Texas 77002-5096
   Telephone: (713) 651-9366
14 Facsimile: (713) 654-6666

15 Attorneys for Plaintiff/Counterdefendant
   UniRAM TECHNOLOGY, INC.
16

17              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
18               SAN FRANCISCO DIVISION

19

20 | UNIRAM TECHNOLOGY, INC. | Case No.  CV 04-1268 VRW |
|---|---|
| Plaintiffs, | STIPULATED MOTION FOR AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| MONOLITHIC SYSTEM TECHNOLOGY, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.; and  TSMC NORTH AMERICA, | |
| Defendants. | |

LA2:816741.1

1       Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff and counterclaim defendant

2 UniRAM Technology, Inc. ("UniRAM"), and defendant and counterclaim plaintiff,

3 MoSys, Inc. (f/k/a Monolithic System Technology, Inc.) ("MoSys"), jointly move

4 for and stipulate to entry of an order as follows:

5      1.    All claims and counterclaims in the above-captioned action between

6 UniRAM and MoSys are dismissed with prejudice.

7      2.    Each party will bear its own costs and attorneys' fees.

8      3.    This Court will retain jurisdiction to enforce the Settlement Agreement

9 between the parties, dated October 24, 2006, of which this Stipulation forms a part.

10

11 DATED:November 15, 2006   SUSMAN GODFREY LLP

12

13                   By:_/s/ Ian B. Crosby_____

14                   Max T. Tribble
                  Joseph F. Grinstein

15                   Ian B. Crosby
                  John M. Neukom

16                   Attorneys for Plaintiff, UniRAM Technology,

17                   Inc.

18 DATED:November 15, 2006   O'MELVENY & MYERS LLP

19

20                   By:_/s/ Mark C. Scarsi_____

21                   Mark C. Scarsi
                  Ryan K. Yagura

22                   Guang Ming Whitley

23                   Attorneys for Defendant, Monolithic System
                  Technology, Inc.

24

25 //

26 //

27 //

28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: November 21, 2006

                      IT IS SO ORDERED

4                  Honorable Judge Vaughn R Walker
                  Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA2:816741.1             - 3 -