IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIRAM TECHNOLOGY, INC.,

        Plaintiff(s),

  vs.

MONOLITHIC SYSTEM TECHNOLOGY, INC, et al.,

        Defendant(s).

                                            /

No. C 04-1268 VRW (MEJ)

**ORDER REQUESTING FURTHER BRIEFING**

     On January 17, 2007, the parties in the above-captioned matter filed a joint discovery dispute letter. (Doc. #334.) In the letter, defendant Taiwan Semiconductor Manufacturing Company, Ltd. ("TSMC") seeks to compel plaintiff UniRAM Technology, Inc. ("UniRAM") to respond to its Interrogatories Nos. 22 and 23, which seek information regarding the conception and reduction to practice of UniRAM's alleged trade secrets. UniRAM argues that these interrogatories are irrelevant to the only remaining claims in the case (the trade secret misappropriation claims) because conception and reduction to practice are relevant only in the patent context. As TSMC does not address this argument in its portion of the letter, the Court requests further briefing on the issue. Accordingly, within one week from the date of this Order, TSMC shall file a supplemental letter addressing UniRAM's argument regarding the relevancy of its requests in the trade secret context. TSMC's letter shall be no more than three pages and include appropriate legal authority. UniRAM may file a response, limited to three pages, within one week from the date TSMC files its letter.

     **IT IS SO ORDERED.**

Dated: January 23, 2007

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge