IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIRAM TECHNOLOGY, INC., | No. C 04-1268 VRW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| MONOLITHIC SYSTEM TECHNOLOGY, INC, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' request for a telephonic discovery conference. (Doc. #354.) Good cause appearing, the Court GRANTS the request and shall conduct a conference on Thursday, April 19, at 10:30 a.m. The parties shall either jointly contact the Court at 10:30 a.m. or provide a toll-free or local (415 area code) phone number at which the Court can contact them. If the parties choose to call, they may reach the Court at (415) 522-4698.

**IT IS SO ORDERED.**

Dated: April 17, 2007

MARIA-ELENA JAMES
United States Magistrate Judge