IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UniRAM TECHNOLOGY, INC,               No   C-04-1268 VRW

    Plaintiff,                     ORDER

    v

TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY

    Defendant.
_____/

    On October 1 and October 2, 2007, both parties submitted letters alerting the court that the final judgment entered herein on September 25, 2007, (see Doc #545) was entered in error. Doc ##565-567. Accordingly, that judgment is hereby SET ASIDE and VACATED. See FRCP 60(b); <u>Kingvision Pay-Per-View Ltd v Lake Alice Bar</u>, 168 F 3d 347, 351 (9th Cir 1999).

    IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge