1  [Counsel Listed Below]

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>         Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION RE: NOVEMBER 20, 2007 HEARING DATE**<br><br>Courtroom 6, 17th Floor<br>Hon. Chief Judge Vaughn R. Walker |

WHEREAS plaintiff UniRAM Technology, Inc. (UniRAM) has moved for entry of judgment [D.I. 569];

WHEREAS UniRAM noticed a motion hearing for November 15, 2007 [D.I. 569];

WHEREAS counsel for defendants Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America (collectively "TSMC") will be in trial on an unrelated matter in the Eastern District of Texas on November 15, 2007;

WHEREAS the parties have met and conferred and agreed to a hearing date of November 20, 2007;

IT IS HEREBY STIPULATED by the parties and their undersigned attorneys, subject to the approval of the Court as follows:

UniRAM's notice of a hearing for November 15, 2007 on its Motion for Entry of Judgment is hereby vacated. That hearing is reset for November 20, 2007, at 10:00 a.m.

Dated: October 19, 2007

By:         /s/
Max L. Tribble (admitted pro hac vice)
Joseph S. Grinstein (admitted pro hac vice)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:(713) 651-9366
Facsimile: (713) 654-6666

John M. "Jay" Neukom (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Russell A. Chorush (admitted pro hac vice)
Robert Tuttle (admitted pro hac vice)
HEIM, PAYNE & CHORUSH
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Attorneys for Plaintiff
UniRAM TECHNOLOGY, INC.

1

2
    Dated:  October 19, 2007                             By:               /s/

3
                                                       Edward R. Reines (State Bar No. 135960)
                                                       Paul T. Ehrlich (State Bar No. 228543)

4
                                                       Brandon D. Conard (State Bar No. 234824)
                                                       WEIL, GOTSHAL & MANGES L.L.P.

5
                                                       Silicon Valley Office
                                                       201 Redwood Shores Parkway

6
                                                       Redwood Shores, California  94065
                                                       Telephone: (650) 802-3000

7
                                                       Facsimile: (650) 802-3100

8
                                                       Attorneys for Defendants
                                                       TAIWAN SEMICONDUCTOR

9
                                                       MANUFACTURING COMPANY, LTD, and
                                                       TSMC NORTH AMERICA

10

11
    PURSUANT TO STIPULATION, IT IS SO ORDERED:

12

13
    Dated:  October 23, 2007                            By:

14
                                                       Honorable Vaughn R. Walker

15

16 *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Vaughn R Walker]*

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: NOVEMBER 20,
2007 HEARING DATE                                3                                Case NoCV 04-01268 VRW