[Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION RE: PRETRIAL SUBMISSIONS FOR INEQUITABLE CONDUCT TRIAL**<br><br>Courtroom 6, 17th Floor<br>Hon. Chief Judge Vaughn R. Walker |

WHEREAS the Court issued a Pretrial Order [D.I. 598] setting no date for a Pretrial Conference;

WHEREAS the parties wish to submit a joint pretrial conference statement addressing issues related to the inequitable conduct bench trial set for January 14, 2008;

WHEREAS the parties have met and conferred and agreed to a date for submission of the joint pretrial conference statement of January 8, 2008;

STIPULATION RE: INEQUITABLE
CONDUCT PRETRIAL SUBMISSIONS                                             Case No. CV-04-01268 VRW
SV1:\281720\01\61DK01!.DOC\76835.0003

IT IS HEREBY STIPULATED by the parties and their undersigned attorneys, subject to the approval of the Court as follows:

The parties shall file a joint pretrial conference statement containing the applicable materials listed in the Pretrial Order [D.I. 598] by January 8, 2008.

Dated: January 2, 2008                    By: _____/s/_____

                                      Max L. Tribble (admitted pro hac vice)
Joseph S. Grinstein (admitted pro hac vice)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

John M. "Jay" Neukom (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Russell A. Chorush (admitted pro hac vice)
HEIM, PAYNE & CHORUSH
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Attorneys for Plaintiff
UniRAM TECHNOLOGY, INC.

1

2
Dated: January 2, 2008                          By:            /s/
3                                                   Edward R. Reines (State Bar No. 135960)
                                                   Paul T. Ehrlich (State Bar No. 228543)
4                                                   Brandon D. Conard (State Bar No. 234824)
                                                   WEIL, GOTSHAL & MANGES L.L.P.
5                                                   Silicon Valley Office
                                                   201 Redwood Shores Parkway
6                                                   Redwood Shores, California 94065
                                                   Telephone: (650) 802-3000
7                                                   Facsimile: (650) 802-3100

8                                                   Attorneys for Defendants
                                                   TAIWAN SEMICONDUCTOR
9                                                   MANUFACTURING COMPANY, LTD, and
                                                   TSMC NORTH AMERICA
10

11
PURSUANT TO STIPULATION, IT IS SO ORDERED:
12

13
Dated: January 3, 2008                          By: _____ n R. Walker
14
                                                                    GRANTED
15                                                      Judge Vaughn R Walker

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: INEQUITABLE
CONDUCT PRETRIAL SUBMISSIONS              3                        Case NoCV 04-01268 VRW