1 | [Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>　　　　Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR TSMC'S OBJECTIONS TO BILL OF COSTS** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR TSMC'S OBJECTIONS TO BILL OF COSTS**

WHEREAS, UniRAM filed a Bill of Costs on May, 9, 2008, and as a result, under Civil Local Rule 54-2(a), Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America's (collectively TSMC) Objections to the Bill of Costs would be due on May 23, 2008.

---

STIPULATION AND [PROPOSED] ORDER RE:
BILL OF COSTS
SV1:\294245\01\6B1H01!.DOC\76835.0003

Case No. CV-04-01268 VRW

1   WHEREAS, pursuant to Local Rule 54-2(b), the parties have been meeting and
2   conferring to resolve disagreement about the taxable costs sought by UniRAM before TSMC files
3   its Objections to the Bill of Costs.

4   WHEREAS, in light of the progress the parties have made during the meet and
5   confer discussions, the parties wish to finish the meet and confer negotiations before TSMC files
6   its Objection to the Bill of Costs.

7   WHEREAS, due to the number of taxable costs and supporting invoices that must
8   be discussed, the parties will not be able to conclude the negotiations before May 23, 2008.

9   WHEREAS, in order to allow the parties sufficient time to conclude their meet and
10  confer discussions on the cost issues, the parties agree to extend the time for TSMC to file its
11  Objections to the Bill of Costs to May 30, 2008.

12  ACCORDINGLY, IT IS HEREBY STIPULATED by the parties and their
13  undersigned attorneys, subject to the approval of the Court as follows:

14  The time for TSMC to file an Objection To UniRAM's Bill of Costs is extended to
15  May 30, 2008.

17  Dated: May 23, 2008          By:          /s/ Joseph S. Grinstein
                                 Max L. Tribble (admitted pro hac vice)
                                 Joseph S. Grinstein (admitted pro hac vice)
                                 SUSMAN GODFREY L.L.P
                                 1000 Louisiana Street, Suite 5100
                                 Houston, Texas 77002-5096
                                 Telephone:(713) 651-9366
                                 Facsimile: (713) 654-6666

                                 John M. "Jay" Neukom (admitted pro hac vice)
                                 SUSMAN GODFREY L.L.P.
                                 1201 Third Avenue, Suite 3800
                                 Seattle, Washington 98101
                                 Telephone: (206) 516-3880
                                 Facsimile: (206) 516-3883

|  |  |
|---|---|
|  | Michael F. Heim (admitted pro hac vice)<br>Russell A. Chorush (admitted pro hac vice)<br>HEIM, PAYNE & CHORUSH<br>600 Travis Street, Suite 6710<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br>Attorneys for Plaintiff/Counterdefendant<br>UniRAM TECHNOLOGY, INC. |
| Dated: May 23, 2008 | By: /s/ Brandon D. Conard<br>Edward R. Reines (State Bar No. 135960)<br>Paul T. Ehrlich (State Bar No. 228543)<br>Brandon D. Conard (State Bar No. 234824)<br>WEIL, GOTSHAL & MANGES L.L.P.<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: (650) 802-3000<br>Facsimilie: (650) 802-3100<br><br>Attorneys for Defendants/Couterplaintiffs<br>TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY, LTD, and<br>TSMC NORTH AMERICA |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 27, 2008      By: _____
                                Honorable Chief Judge Vaughn R. Walker
                                United States District Judge

[GRANTED — signed by Judge Vaughn R Walker, United States District Court, Northern District of California seal]

---

STIPULATION AND [PROPOSED] ORDER RE:
BILL OF COSTS                           3                    Case No CV 04-01268 VRW