[Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UniRAM TECHNOLOGY, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MONOLITHIC SYSTEM TECHNOLOGY, a Delaware corporation; TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LTD., a Taiwan corporation, and TSMC NORTH AMERICA, a California corporation,<br><br>                    Defendants. | Case No. CV 04-01268-VRW<br><br>**STIPULATION RE AMOUNT OF COSTS** |

## STIPULATION RE AMOUNT OF COSTS

WHEREAS, on May 1, 2008, the Court entered Judgment against Taiwan Semiconductor Manufacturing Company, Ltd. and TSMC North America (collectively "TSMC"), awarding UniRAM Technology Inc. ("UniRAM") in part its taxable costs pursuant to Local Rule 54;

1    WHEREAS, on May 9, 2008, UniRAM filed a Bill of Costs, outlining the amount

2    of taxable costs it claimed it was entitled to;

3    WHEREAS, before TSMC objected to the amount of taxable costs UniRAM

4    sought to recover, the parties met and conferred to resolve their disagreements about the taxable

5    costs claimed;

6    WHEREAS, following the meet and confer, the parties agreed that UniRAM will

7    withdraw the amount of claimed costs set forth in the May 9, 2008 Bill of Costs, and instead seek

8    only to recover $244,561 in taxable costs, and in exchange TSMC will not object to this amount

9    as the amount of taxable costs;

10   WHEREAS, TSMC continues to object to the Judgment against it, and thereby the

11   award of costs to UniRAM, for the reasons outlined in its Motion For Judgment As A Matter Of

12   Law and New Trial, and as such preserves its right to appeal the award of costs in its entirety;

13   ACCORDINGLY, IT IS HEREBY STIPULATED by the parties and their

14   undersigned attorneys, subject to approval of the Court as follows:

15   The amount of taxable costs awarded, pursuant to the May 1, 2008 Judgment, shall

16   be $244,561.

17

18   Dated:  May 30, 2008                    By:            /s/ John M. Neukom

19                                                Max L. Tribble (admitted pro hac vice)
                                                 Joseph S. Grinstein (admitted pro hac vice)
20                                               SUSMAN GODFREY L.L.P
                                                 1000 Louisiana Street, Suite 5100
21                                               Houston, Texas 77002-5096
                                                 Telephone:(713) 651-9366
22                                               Facsimile: (713) 654-6666

23                                               John M. "Jay" Neukom (admitted pro hac vice)

24                                               SUSMAN GODFREY L.L.P.
                                                 1201 Third Avenue, Suite 3800
25                                               Seattle, Washington 98101
                                                 Telephone: (206) 516-3880
26                                               Facsimile: (206) 516-3883

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael F. Heim (admitted pro hac vice)
Russell A. Chorush (admitted pro hac vice)
HEIM, PAYNE & CHORUSH
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
Attorneys for Plaintiff/Counterdefendant
UniRAM TECHNOLOGY, INC.

Dated:  May 30, 2008          By:          /s/ Brandon D. Conard
                                   _____
                                   Edward R. Reines (State Bar No. 135960)
                                   Paul T. Ehrlich (State Bar No. 228543)
                                   Brandon D. Conard (State Bar No. 234824)
                                   WEIL, GOTSHAL & MANGES L.L.P.
                                   Silicon Valley Office
                                   201 Redwood Shores Parkway
                                   Redwood Shores, California  94065
                                   Telephone: (650) 802-3000
                                   Facsimile: (650) 802-3100

                                   Attorneys for Defendants/Counterplaintiffs
                                   TAIWAN SEMICONDUCTOR
                                   MANUFACTURING COMPANY, LTD, and
                                   TSMC NORTH AMERICA