1    [Counsel Listed Below]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   UniRAM TECHNOLOGY, INC., a California        Case No. CV 04-01268-VRW
     corporation,

13                                                **STIPULATED MOTION AND**
                        Plaintiff,                **[PROPOSED] ORDER TO VACATE**
14                                                **JUDGMENT**
              v.
15
     TAIWAN SEMICONDUCTOR
16   MANUFACTURING COMPANY LTD., a
     Taiwan corporation, and TSMC NORTH
17   AMERICA, a California corporation,

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

1    On October 3, 2008, UniRAM Technology, Inc. ("UniRAM") and Taiwan
2  Semiconductor Manufacturing Company, Inc. and TSMC North America (collectively "TSMC")
3  executed a Settlement Agreement.  On October 30, 2008, The United States Court of Appeals for
4  the Federal Circuit granted the parties' joint motion for remand to this Court so that this Court
5  may act on a joint motion for vacatur.   [D.I. 666]   Accordingly, pursuant to Fed. R. Civ.
6  P. 60(b)(6), UniRAM and TSMC jointly move for and stipulate to vacatur of judgment as
7  follows:

8    1.    All judgments contained in paragraphs 1 – 4 of the Court's May 1, 2008
9  Judgment [D.I. 638] are vacated.

10    2.    Each party will bear its own costs and attorneys' fees.

11

12  Dated:  November 12, 2008        By:    _____/s/ Joseph Grinstein_____
13                     Max L. Tribble (admitted *pro hac vice*)
                       Joseph S. Grinstein (admitted *pro hac vice*)
14                     SUSMAN GODFREY LLP
                       1000 Louisiana Street, Suit 5100
15                     Houston, Texas 77002-5096
                       Telephone: (713) 651-9366
16                     Facsimilie: (713) 654-6666

17                     John M. "Jay" Neukom (admitted *pro hac vice*)
18                     SUSMAN GODFREY LLP
                       1201 Third Avenue, Suite 3800
19                     Seattle, Washington 98101
                       Telephone: (206) 516-3880
20                     Facsimile: (206) 516-3883

21                     Russell A. Chorush (admitted *pro hac vice*)
22                     HEIM, PAYNE & CHORUSH
                       600 Travis Street, Suite 6710
23                     Houston, Texas 77002
                       Telephone:  (713) 221-2000
24                     Facsimile:  (713) 221-2021

25                     **Attorneys for Plaintiff**
26                     **UniRAM Technology, Inc.**

27

28

1

2

By:      /s/ Paul T. Ehrlich
Edward R. Reines (State Bar No. 135960)

3

Paul T. Ehrlich (State Bar No. 234824)
WEIL, GOTSHAL & MANGES LLP

4

201 Redwood Shores Parkway

5

Redwood Shores, California 94065
Telephone:  (650) 802-3000

6

Facsimile:  (650) 802-3100

7

matthew.powers@weil.com
edward.reines@weil.com

8

paul.ehrlich@weil.com

9

**Attorneys for Defendants**

10

**Taiwan Semiconductor Manufacturing
Company, Ltd. and TSMC North America**

11

12

13

IT IS SO ORDERED:

14

15

DATED:_____November 14, 2008_____

16

Honorable Judge Vaughn R Walker
Chief United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED]         Case No. CV 04-01268-VRW
ORDER TO VACATE JUDGMENT         2

**PROOF OF SERVICE**

I am a citizen of the United States, more than 18 years old, and not a party to this action.  My place of employment and business address is 201 Redwood Shores Parkway, Redwood Shores, California, 94065-1175.  On November 12, 2008, I caused a copy of **STIPULATED MOTION AND [PROPOSED] ORDER TO VACATE JUDGMENT** to be served as follows:

[   ] **BY MAIL**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence so collected and processed is deposited with the United States Postal Service that same day with first-class postage thereon fully prepaid.  On the above-referenced date, I placed the above document(s) in a sealed envelope addressed to the person(s) identified below and placed the envelope for collection and mailing following ordinary business practice.

[ XX ] **BY EMAIL** of .pdf documents.

**VIA ELECTRONIC MAIL**

John M. Neukom, Esq.
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
jneukom@SusmanGodfrey.com
**Attorney for Plaintiff**

**VIA ELECTRONIC MAIL**

Max L. Tribble, Esq.
Joseph S. Grinstein, Esq.
Susman Godfrey LLP
1000 Louisiana Street
Houston, TX 77002-5096
mtribble@SusmanGodfrey.com
jgrinstein@SusmanGodfrey.com
**Attorneys for Plaintiff**

**VIA ELECTRONIC MAIL**

Russell A. Chorush, Esq.
Heim, Payne & Chorush LLP
JP Morgan Chase Tower
600 Travis, Suite 6710
Houston, TX 77002
rchorush@hpcllp.com
**Attorney for Plaintiff**

Executed on November 12, 2008 at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ /s/ Mimi Mentzer _____
Mimi Mentzer